# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **JOHN BOREN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 3:07-cv-0449 |
| | ) Judge Haynes |
| **LINCOLN BENEFIT LIFE COMPANY,** | ) Magistrate Judge Brown |
| **JAMES SANDERS, and** | ) |
| **JAMES SANDERS & ASSOCIATES,** | ) ) |
| **Defendants.** | ) |

## FINAL ORDER OF COMPROMISE SETTLEMENT AND DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties have reached a compromise to settle all claims which were raised or which could have been raised in this action, and that the Plaintiff has agreed to dismiss with prejudice his claims against the Defendants on a compromise basis in order to avoid the further hazards and costs of litigation;

It is therefore **ORDERED, ADJUDGED, and DECREED** that all claims in this action which were brought or which could have been brought by the Plaintiff, John Boren, against the Defendant, Lincoln Benefit Life Company, be and hereby are dismissed with prejudice, each party to bear the respective party's own costs.

It is further **ORDERED** that all claims in this action which were brought or which could have been brought by the Plaintiff, John Boren, against the Defendant, Jim Sanders, be and hereby are dismissed with prejudice, each party to bear the respective party's own costs.

1

It is further **ORDERED** that this action be and hereby is dismissed in its entirety with prejudice.

ENTERED this 19th day of November, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

**UNDERWOOD/THOMAS PC**

By: s/Richard D. Underwood       signed with permission by
    **Richard D. Underwood, Esq.**   Reid D. Leitner
    BPRN 14515
    9037 Poplar Avenue, Suite 101
    Memphis, Tennessee 38138
    (901)529-1588

By: s/Bobby M. Leatherman        signed with permission by
    **Bobby M. Leatherman, Esq.**   Reid D. Leitner
    BPRN 12698
    1661 International Place Drive
    Suite 400
    Memphis, Tennessee 38120
    (901) 818-3184

Attorneys for Plaintiff John Boren